### WINSLOW and Another *v.* BULL.

*Per Curiam.*—The appeal in this cause is dismissed, with costs. The case is in all respects like that of *Willhelm et al. v. Bull,* at the present term.

*W. R. Pierse, H. D. Thompson,* and *R. N. Williams,* for the appellants.

*John Brownlee,* for the appellee.

NOTE.—Another cause between the same parties, in all respects like the above entitled cause, is dismissed for the same reason.